No. 79–5962. VINCENT *v.* TEXAS. Ct. Crim. App. Tex. [Probable jurisdiction postponed, 445 U. S. 960.] Motion for appointment of counsel granted, and it is ordered that Robert D. McCutcheon, Esquire, of Perryton, Tex., be appointed to serve as counsel for appellant in this case.

No. 79–6278. PLUMLEE *v.* FIELDS, WARDEN;

No. 79–6417. TURNER *v.* GRAHAM, GOVERNOR OF FLORIDA, ET AL.; and

No. 79–6421. CLEVELAND *v.* WARDEN, MARYLAND PENITENTIARY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 79–512. SCINDIA STEAM NAVIGATION Co., LTD. *v.* DE LOS SANTOS ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 79–1420. FIRESTONE TIRE & RUBBER Co. *v.* RISJORD. C. A. 8th Cir. Certiorari granted. ▮

No. 79–1515. UNITED STATES *v.* SWANK ET AL. Ct. Cl. Certiorari granted. ▮

No. 79–1176. CITY OF MEMPHIS ET AL. *v.* GREENE ET AL. C. A. 6th Cir. Motion of Hein Park Civic Association for leave to file a brief as *amicus curiae* granted. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 79–989. FREDERICK JOSEPH G. *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. ▮